DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



**FILED**
AUG - 4 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
ERNEST L. and DORIS E. JACKSON

Chapter 13
Case No. 08-3-0085 SFM13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $6.56 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 050 | CLERK OF THE COURT FOR BANK OF AMERICA 100 NORTH BROADWAY ST LOUIS, MO 63102-2728 | $6.56 |

Dated:   August 3, 2011

CECILIA MARCELO
Receipts Administrator